IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SEAN McENTIRE, individually and on behalf of all others similarly situated, )<br>)<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>TRIBUNE MEDIA COMPANY, BRUCE A. )<br>KARSH, CRAIG A. JACOBSON, PETER M. )<br>KERN, ROSS LEVINSOHN, PETER E. )<br>MURPHY, and LAURA R. WALKER, )<br>)<br>Defendants. )<br>) | Case No. 1:17-cv-05179<br><br>CLASS ACTION<br><br>Honorable Charles P. Kocoras |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Sean McEntire hereby voluntarily dismisses the above-captioned action (the "Action") with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment and before a class has been certified, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

No compensation in any form has passed directly or indirectly from any of the defendants to the Plaintiff or his attorneys and no promise or agreement to give any such compensation has been made, nor has any discussion relating to any such compensation taken place between the parties.

Dated: October 19, 2017  DITOMMASO LUBIN AUSTERMUEHLE, P.C.

 /s/ Peter S. Lubin_____
Peter S. Lubin
Vincent L. DiTommaso
Andrew C. Murphy
17W 220 22nd Street, Suite 410
Oakbrook Terrace, IL 60181
(630) 333-0000
psl@ditommasolaw.com
vdt@ditommasolaw.com
acm@ditommasolaw.com

*Attorneys for Plaintiff Sean McEntire*

LEVI & KORSINSKY, LLP
Donald J. Enright
Elizabeth K. Tripodi
1101 30th Street, N.W., Suite 115
Washington, D.C. 20007
(202) 524-4290

*Counsel for Plaintiff Sean McEntire*

## **CERTIFICATE OF SERVICE**

I, Peter S. Lubin, the undersigned attorney, hereby certify that on the October 19, 2017, I caused a true and correct copy of the foregoing PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL to be served all counsel of record via the Court's CM/ECF System

/s/ Peter S. Lubin