## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
### Eastern Division

Sean McEntire

           Plaintiff,

v.                   Case No.: 1:17–cv–05179
                   Honorable Charles P. Kocoras

Tribune Media Company, et al.

           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, October 23, 2017:

  MINUTE entry before the Honorable Charles P. Kocoras: Pursuant to Notice of Voluntary Dismissal filed on 10/19/2017 [16], this case is dismissed with prejudice as to Plaintiff only and without prejudice as to the putative class in the Action. Civil case terminated. Mailed notice(vcf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.